**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 07-21824-CIV-GRAHAM/O'SULLIVAN**

ALEXIS KING, CHRISTINA KING, TAMMY LOPEZ, SCOTT PROPHET and DOMINIQUE RIZZO; individually and on behalf of all other similarly situated current and former employees,

    Plaintiffs,

v.

CVS/CAREMARK CORP., CVS, INC., CVS, LLC., HOLIDAY CVS, LLC, and DOES 1-100,

    Defendants.

### PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AS A COLLECTIVE ACTION AND ISSUANCE OF COURT SUPERVISED NOTICE

Plaintiffs, CHRISTINA KING, SCOTT PROPHET and DOMINIQUE RIZZO (collectively "Plaintiffs"), individually, and on behalf of all other similarly situated current and former employees of Defendants, CVS CAREMARK CORP., CVS PHARMACY, INC., HOLIDAY CVS, LLC., and DOES 1-100 (collectively "Defendants"), throughout the United States, hereby move for an Order granting conditional certification of this action as a collective action, and for issuance of court supervised notice to those similarly situated advising them of their right to "opt-in" to this action.

In support of this Motion, Plaintiffs rely on the allegations of the Complaint, the Proposed Amended Complaint, the accompanying Memorandum of Law and the Exhibits thereto, specifically including the declarations of the three (3) named Plaintiffs,

1

Plaintiffs' notices of consent to join in this matter as class representatives, as well as all matters which properly constitute the record in this action.

WHEREFORE, Plaintiffs pray this Court grant their Motion for Conditional Certification of this action as a collective action pursuant to 29 U.S.C. § 216(b), establish guidelines for the Defendants to produce to Plaintiffs' counsel a list of the names and most current addresses of all current and former non-exempt employees of the Defendant since April 25, 2000, three (3) years preceding the initiation of this action, and establish an opt-in period of ninety (90) days from the date of the mailing of notice for prospective plaintiffs to join this action.

**Respectfully submitted** this 10th day of September, 2007.

s/ Joshua M. Entin
Florida Bar No.: 0493724
*jentin@rosenandswitkes.com*
ROSEN SWITKES & ENTIN P.L.
407 Lincoln Road, PH SE
Miami Beach, FL 33139
Phone: (305) 534-4757
Fax:  (305) 538-5504

**Shawn Khorrami, Esq.**
**Matt Bailey, Esq**.
KHORRAMI POLLARD & ABIR, LLP
**Brian Kabateck, Esq**.
**Richard Kellner, Esq**.
KABATECK BROWN KELLNER LLP.

*Attorneys for Plaintiffs*

**LOCAL RULE 7.1.A.3 CERTIFICATE OF COMPLIANCE**

I HEREBY CERTIFY that Joshua M. Entin, Esq., counsel for Plaintiffs, has conferred with Beth A. Moeller, Esq., counsel for Defendants, concerning the subject matter of the instant Motion, and Defendants have stated they oppose the relief sought in the instant motion.

      /S/  Joshua M. Entin

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 10th day of September, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Respectfully submitted,**

**ROSEN SWITKES & ENTIN P.L**
**407 Lincoln Road, PH SE**
**Miami Beach, FL 33139**
**Telephone: (305) 534-4757**
**Fax: (305) 538-5504**

**/S/  Joshua M. Entin**
**Joshua M. Entin**
**Florida Bar No.: 0493724**
*Attorneys for Plaintiffs*

## SERVICE LIST
## Alexis King, et al. v. CVS/Caremark Corp., et al.
### Case No. 07-21824-CIV-GRAHAM/O'SULLIVAN
### United States District Court, Southern District of Florida

**Christopher P. Hammon**
Ogletree Deakins Nash Smoak & Stewart PC
701 Brickell Avenue
Suite 2020
Miami, FL 33131
Phone: 305-455-3711
Fax: 374-0456
Email: chris.hammon@ogletreedeakins.com

**David M. Demaio**
Ogletree Deakins Nash Smoak & Stewart PC
701 Brickell Avenue
Suite 2020
Miami, FL 33131
Phone: 305-455-3711
Fax: 374-0456

**Nancy E. Rafuse**
Ashe, Rafuse & Hill, LLP
1355 Peachtree Street, N.E., Suite 500
Atlanta, GA 30309
Phone: 404-253-6000
Fax: 404-6060

**James J. Swartz**
Ashe, Rafuse & Hill, LLP
1355 Peachtree Street, N.E., Suite 500
Atlanta, GA 30309
Phone: 404-253-6000
Fax: 404-6060

**Beth A. Moeller**
Ashe, Rafuse & Hill, LLP
1355 Peachtree Street, N.E., Suite 500
Atlanta, GA 30309
Phone: 404-253-6000
Fax: 404-6060