UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 07-21824-CIV-GRAHAM/TORRES

CHRISTINA KING, SCOTT PROPHET, DOMINIQUE RIZZO, JENNIFER MEJIA, and LENA CHESSER, individually, and on behalf of all other similarly situated current and former employees,

    Plaintiffs,

v.

CVS CAREMARK CORP., CVS PHARMACY, INC., HOLIDAY CVS, LLC, and DOES 1 - 100,

    Defendants.

## DECLARATION OF PLAINITFFS' COUNSEL ROBERT L. SWITKES FILED IN SUPPORT OF PLAINTIFFS' COUNSEL'S MOTION FOR ATTORNEYS FEES AND COSTS

Pursuant to 28 U.S.C. § 1746, I, Robert L. Switkes, under penalty of perjury, who, being duly sworn upon oath, deposes and states as follows:

1. My name is Robert L. Switkes and I have knowledge of the matters to which I am testifying in this affidavit.

2. I am an attorney of record for the Plaintiffs in the action styled above.

3. I attended the University of Miami School of Law where I received my Juris Doctor degree in 1977. I was admitted to the Florida Bar in 1977.

4. Since 1982, I have represented individuals and entities in both the prosecution and defense of civil rights and employment related cases, among other types of matters.

1

5. I am licensed to practice law in all Courts in the State of Florida, the United States District Court for the Southern District of Florida, the United States District Court for the Middle District of Florida, the United States District Court for the Northern District of Florida and the United States Eleventh Circuit Court of Appeals.

6. I am a member of The Florida Bar, The American Bar Association and a member of the American Association for Justice, The Florida Justice Association, and the former President of the Miami Beach Bar Association. I received the Distinguished Service Award from the Dade County Bar Association, 1983 and 1984, The City of Miami Beach Service and Police Awards in 1992 and Community Service Award from the City of Miami Beach, 1997.

7. I currently represent police officers and government officials from five separate municipalities in the defense of 42 U.S.C. § 1983 cases, among other causes of action.

8. I am a frequent lecturer and conduct training seminars on Civil Rights, Constitutional Law, Discrimination and Employment Law, Negligent Security, Personal Injury, and Construction litigation. I represent various municipalities and entities including the City of North Miami, City of Homestead, City of North Bay Village, City of Miami Beach Convention Center, Miami-Dade County Public School Board, Greater Miami Hotel and Restaurant Association, Harley Davidson, and SMG. I am currently the City Attorney for the City of North Bay Village, Florida. I have been practicing employment litigation for over twenty years.

9. I am the managing partner of the law firm Rosen Switkes & Entin P.L in Miami Beach. Florida.

10. Along with myself, Joshua Entin, Esq. assisted in the prosecution of this case. Mr. Entin is a partner of Rosen, Switkes & Entin P.L. Mr. Entin has been practicing law since

2001. Mr. Entin's practice has included significant work both for plaintiffs and defendants in federal court. Mr. Entin has appeared as counsel in federal courts throughout the country, and has successfully represented clients at the appellate level – in both state and federal matters. Mr. Entin is licensed to practice law in all Courts in the State of Florida, the United States District Court for the Southern District of Florida, the United States District Court for the Middle District of Florida, the United States District Court for the Northern District of Florida and the United States Eleventh Circuit Court of Appeals. Mr. Entin is currently a member of the following associations: (1) American Association for Justice; (2) American Bar Association; (3) Miami-Dade County Bar Association; and (4) Miami Beach Bar Association. Mr. Entin is currently the Second Vice President of the Miami Beach Bar Association. Mr. Entin has extensive experience in representing plaintiffs in Fair Labor Standards Act ("FLSA"), the statute central to the litigation of this case, and American with Disabilities Act Title III ("ADA") lawsuits in the Southern District of Florida. In addition, Mr. Entin represents police officers, government officials and municipalities in the defense of 42 U.S.C. § 1983 claims in the United States District Court for the Southern District of Florida, among other causes of action.

11. Other attorneys who have worked on this case from my law firm are Kristen Tajak and Todd Feldman. Ms. Tajak began working at my firm as a law clerk and was hired as an associate upon becoming admitted to the Florida Bar. Ms. Tajak was admitted to the Florida Bar on 2/1/08. Mr. Feldman was also initially hired with the firm as a law clerk, and was admitted to the Florida bar on 6/29/07. Since that time, Ms. Tajak and Mr. Feldman have assisted me and the other lawyers in the firm in various litigation matters. For this case, Ms.

Tajak and Mr. Feldman have assisted me and the other lawyers in this firm by performing legal research, drafting motion and memoranda of law, and preparing for hearings and depositions.

12. I have reviewed the timesheets for this case, as well as the hourly rates for the attorneys from my firm who have performed work on this matter. The hourly rates for the attorneys and law clerks who have worked on this file are as follows: Robert Switkes - $450.00/hr; Joshua Entin - $325.00/hr; Todd Feldman - $225.00/hr; Kristen Tajak - $225.00/hr; Law Clerks - $150.00/hr. I believe that the hourly rates for the above are reasonable and customary rates in this locality for the type of work involved in the prosecution of this case.

13. The total amount of attorneys' fees incurred by my firm up through and including September 26, 2007 is $23,330.00. Because two out of the three named plaintiffs at the time accepted offers of judgment, and the instant motion for fees is based upon plaintiffs Christina King and Dominique Rizzo accepting offers of judgment pursuant to Federal Rule of Civil Procedure 68, a reasonable amount of attorneys' fees to be recovered by my firm for work performed up through and including September 26, 2007 is $15,553.33, said figure of which represents 2/3 of the amount of fees incurred through the at-issue date. An overview and true and correct copy of Rosen Switkes & Entin P.L.'s timeslip records in this matter, up through and including September 26, 2007, is attached hereto as **Exhibit "A."**

14. The total amount of costs incurred by my firm up through and including September 26, 2007 is $935.13. An overview and true and correct copy of Rosen Switkes & Entin

P.L.'s costs in this matter, up through and including September 26, 2007, is attached hereto as **Exhibit "B."**

FURTHER DECLARANT UNDER PERJURY SAYETH NAUGHT.

Dated this 10th day of October, 2008.

_____
ROBERT L. SWITKES

STATE OF FLORIDA            )

COUNTY OF MIAMI-DADE        )

**BEFORE ME**, the undersigned authority personally appeared ROBERT L. SWITKES, known to me or who has produced_____, as identification and who did/did not take an oath, states that he has read the foregoing and same are true to the best of his knowledge and belief.

**WITNESS** my hand, and official seal in the County and State last aforesaid this 10th day of October, 2008.

NOTARY PUBLIC-STATE OF FLORIDA
Yvette Bobillo
Commission # DD544137
Expires: APR. 24, 2010
Bonded Thru Atlantic Bonding Co., Inc.

_____
NOTARY PUBLIC

Yvette Bobillo
Print name of Notary

## Law Offices
## Rosen Switkes & Entin, P.L.

HAROLD ROSEN
ROBERT L. SWITKES
JOSHUA M. ENTIN
REGINA FRANCO-MURPHY
JAMES E. RAUH
JAVIER LEY-SOTO
YAMILE TAMARGO

407 LINCOLN ROAD
PENTHOUSE SOUTHEAST
MIAMI BEACH, FLORIDA 33139-3008
TELEPHONE (305) 534-4757
TELEFAX (305) 538-5504
EMAIL: mail@rosenandsw

HOWARD GROSS
SPECIAL CONSULTANT
NOT A MEMBER OF THE FLORIDA BAR

October 07, 2008

RE:   King et al. vs. CVS                                                                 Invoice #   18413

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 7/16/2007 | JE | Finalize and file Complaint. Attend meeting with co-counsel regarding same. | 1.50<br>$325.00/hr | 487.50 |
| 7/23/2007 | JE | Review Orders Granting Motion to Appear Pro Hac Vice. Review Motions for Admissions Pro Hac Vice. | 0.10<br>$325.00/hr | 32.50 |
| 7/30/2007 | JE | Review Orders Granting Motion to Appear Pro Hac Viche. Review Notice of Court Practice in FLSA cases. | 0.50<br>$325.00/hr | 162.50 |
| 8/6/2007 | JE | Review and analyze Answer to Complaint and Affirmative Defenses. Review and analyze Corporate Disclosure Statements. | 1.20<br>$325.00/hr | 390.00 |
| 8/7/2007 | RS | Attend meeting with JE and TF regarding lawsuit. Attend telephone conference with co-counsel regarding same. Review and analyze documents. | 2.50<br>$450.00/hr | 1,125.00 |
|  | JE | Attend meeting with RLS and TF regarding lawsuit. Attend telephone conference with co-counsel regarding same. Review and analyze documents. | 2.50<br>$325.00/hr | 812.50 |
|  | TF | Contact Co-counsel to review case and basic facts; Review affidavits and statement of claims prepared by co-counsel. | 2.50<br>$225.00/hr | 562.50 |
| 8/8/2007 | TF | Telephonic meeting with co-counsel regarding affidavits. Conversations with Plaintiffs and other attorneys regarding Complaint and Rule 23 Class Action cases. | 2.10<br>$225.00/hr | 472.50 |
|  | JE | Review and analyze Order Setting Status Conference. | 0.10<br>$325.00/hr | 32.50 |


EXHIBIT A

|            |    |                                                                                                                                                                                                          | Page      2        |           |
|------------|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------|-----------|
|            |    |                                                                                                                                                                                                          | Hrs/Rate           | Amount    |
| 8/9/2007   | JE | Review e-mail from Beth Moeller.                                                                                                                                                                         | 0.10<br>$325.00/hr | 32.50     |
|            | TF | Various conversations with co-counsel regarding Statement of Claim and Affidavits of Plaintiffs; Draft Motion for Enlargement of Time and Order; Draft Motion for Leave to Amend and Order.              | 6.00<br>$225.00/hr | 1,350.00  |
| 8/10/2007  | LC | Research "Breach of Contract" issue in contemplation of adding an additional claim in Plaintiffs' Amended Complaint.                                                                                     | 1.00<br>$150.00/hr | 150.00    |
|            | TF | Discussion with co-counsel regarding Christina King's affidavit and breach of contract possibility. Research case law and continue to draft Motion for Leave to Amend Complaint.                         | 3.00<br>$225.00/hr | 675.00    |
|            | JE | Finalize and file Motion for Extension of Time to File Statement of Claims. Review Unopposed Motions to Appear Pro Hac Viche filed by Defense counsel.                                                   | 0.70<br>$325.00/hr | 227.50    |
|            | JE | Review e-mail from Beth Moeller and proposed Joint Status Report.                                                                                                                                        | 0.30<br>$325.00/hr | 97.50     |
| 8/13/2007  | TF | Conference call with co-counsel regarding the possibility of amending the complaint; research case law regarding breach of contract and rest breaks; draft motion for leave to amend.                    | 4.00<br>$225.00/hr | 900.00    |
|            | JE | Review and analyze Order Granting Motion for Extension of Time. Finalize and file Joint Status Report.                                                                                                   | 0.60<br>$325.00/hr | 195.00    |
|            | LC | Research regarding Motion for Leave to Amend Complaint.                                                                                                                                                  | 1.50<br>$150.00/hr | 225.00    |
|            | JE | Review e-mail from Beth Moeller including Election to Magistrate form.                                                                                                                                   | 0.20<br>$325.00/hr | 65.00     |
| 8/14/2007  | TF | Revise Motion for Leave to Amend Complaint; discuss counts and proposed changes with co-counsel.                                                                                                         | 1.50<br>$225.00/hr | 337.50    |
| 8/15/2007  | JE | Review e-mail from Beth Moeller.                                                                                                                                                                         | 0.10<br>$325.00/hr | 32.50     |
|            | JE | Review various Orders Granting Motion to Appear Pro Hac Vice. Review Unopposed Motion to Appear Pro Hac Vice. Finalize and file Plaintiff's Motion to Amend. Finalize preparation for and attend status conference before Judge Graham. | 2.70<br>$325.00/hr | 877.50    |
|            | TF | Edit Motion for Leave to File Amended Complaint, Order and Amended Complaint.                                                                                                                            | 1.00<br>$225.00/hr | 225.00    |
|            | TF | Conversations with Plaintiffs regarding affidavits; discuss letters of conferral regarding dismissal of claims for Plaintiffs with no overtime claims; attend status conference telephonically; review and edit remaining affidavits. | 5.00<br>$225.00/hr | 1,125.00  |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/15/2007 | RS | Finalize preparations for and attend Status Conference before Judge Graham. | 0.60 $450.00/hr | 270.00 |
| 8/16/2007 | TF | Review and revise affidavits; discuss with co-counsel; calculate amounts for each Plaintiff for FLSA claims. | 2.50 $225.00/hr | 562.50 |
| 8/17/2007 | TF | Review court Order relating to statement of claim; edit affidavits and statement of claim. | 1.00 $225.00/hr | 225.00 |
| | LC | Begin drafting Motion & Memo of Law for Conditional Certification as a Collective Action. | 4.00 $150.00/hr | 600.00 |
| 8/20/2007 | TF | Revise and edit affidavits and statement of claim; discuss amendments with clients and co-counsel. | 0.70 $225.00/hr | 157.50 |
| | TF | Discuss Class Certification Motion with associate and co-counsel; Edit and revise statement of claim and affidavits; discuss edits with JE. | 0.80 $225.00/hr | 180.00 |
| | JE | Attend meeting with TF regarding statement of claims and affidavits. Review and analyze drafts of Motion for Conditional Class Certification. | 1.50 $325.00/hr | 487.50 |
| | LC | Drafting Motion & Memo of Law for Conditional Certification as a Collective Action. | 3.50 $150.00/hr | 525.00 |
| 8/21/2007 | JE | Review Order Granting Motion to Appear Pro Hac Viche. | 0.10 $325.00/hr | 32.50 |
| | TF | Edit Statement of Claim to incorporate revised Affidavits of Plaintiffs. | 1.50 $225.00/hr | 337.50 |
| | TF | Discuss affidavits status from Plaintiffs with co-counsel. | 0.40 $225.00/hr | 90.00 |
| 8/22/2007 | TF | Continue to draft and edit statement of claim | 1.50 $225.00/hr | 337.50 |
| | LC | Research for Class Certification Motion, and drafting same. | 4.00 $150.00/hr | 600.00 |
| 8/23/2007 | TF | Review statement of claim with RLS; revise and edit based on RLS comments. | 2.00 $225.00/hr | 450.00 |
| | LC | Draft/revise Motion & Memo of Law for Class Certification. | 3.00 $150.00/hr | 450.00 |
| | TF | Revise and edit statement of claim | 0.50 $225.00/hr | 112.50 |
| 8/24/2007 | TF | discuss discovery requests with co-counsel. | 0.40 $225.00/hr | 90.00 |
| | TF | Finalize statement of claim per co-counsels' comments. | 0.50 $225.00/hr | 112.50 |

Page    4

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/24/2007 | LC | Research regarding Motion for Conditional Class Certification. | 3.00 $150.00/hr | 450.00 |
| | JE | Finalize and file Statement of Claim. | 1.00 $325.00/hr | 325.00 |
| 8/27/2007 | LC | Draft/revise Class Certification Motion. | 3.00 $150.00/hr | 450.00 |
| 8/28/2007 | LC | Draft/revise Class Certification Motion. | 4.00 $150.00/hr | 600.00 |
| 8/30/2007 | JE | Review e-mail from Beth Moeller including Stipulation regarding Plaintiff's Motion to Amend Complaint. | 0.30 $325.00/hr | 97.50 |
| | TF | Review and edit motion for class certification. | 0.50 $225.00/hr | 112.50 |
| 8/31/2007 | JE | Review e-mail from Beth Moeller. | 0.10 $325.00/hr | 32.50 |
| 9/4/2007 | JE | Review e-mail from Beth Moeller. | 0.10 $325.00/hr | 32.50 |
| | JE | Review and analyze Response to Plaintiff's Motion to Amend. | 0.40 $325.00/hr | 130.00 |
| 9/10/2007 | RS | Review final draft of Motion to Certify Class and Memorandum of Law in Support. Discuss same with JE. | 1.80 $450.00/hr | 810.00 |
| | JE | Finalize and file Motion to Certify Class. Finalize and file Memorandum of Law in Support of Plaintiff's Motion for Conditional Class Certification. Prepare all exhibits to same. | 3.80 $325.00/hr | 1,235.00 |
| | TF | Review co-counsel's discovery requests; edit same. | 1.00 $225.00/hr | 225.00 |
| 9/12/2007 | JE | Review Order Granting Motion for Extension of Time. Review Scheduling Order. Review Order Referring Case to Mediation. Review Order Referring case to Magistrate Judge O'Sullivan for Santions and discovery. | 0.50 $325.00/hr | 162.50 |
| 9/13/2007 | JE | Review and analyze Response to Statement of Claim. | 0.50 $325.00/hr | 162.50 |
| 9/17/2007 | TF | Attend telephonic meeting re: offer of judgments and plan of action. Research issues discussed. | 1.20 $225.00/hr | 270.00 |
| 9/20/2007 | TF | Review email regarding offers of judgment; discuss with JE and draft email to co-counsel. | 0.50 $225.00/hr | 112.50 |
| 9/22/2007 | JE | Review and analyze Defendant's Motion to Dismiss for Lack of Jurisdiction. Devise strategy regarding responding to same. | 1.40 $325.00/hr | 455.00 |

|  |  |  |  | Page 5 |
|---|---|---|---|---|
|  |  |  | Hrs/Rate | Amount |
| 9/24/2007 | TF | Follow up on OJs with clients; discuss acceptance issues and affidavits with co-counsel. | 0.50 $225.00/hr | 112.50 |
| 9/25/2007 | JE | Finalize and file Notice of Mediator Selection. | 0.20 $325.00/hr | 65.00 |
|  | JE | Finalize and file Notice of Mediator Selection. | 0.20 $325.00/hr | 65.00 |
|  | TF | Contact opposing counsel re: mediator selection; discuss mediator selection with Court JA; phone conference to discuss updates on OJs and mediation; draft notice of seelection of mediator; draft letter of acceptance; revise letter and notice per JE comments and send to co-counsel for review. | 3.90 $225.00/hr | 877.50 |
| 9/26/2007 | JE | Review Notices of Acceptance of Offers of Judgment. | 0.20 $325.00/hr | 65.00 |
|  | TF | Conference call with JE and opposing counsel re: OJs; discuss same with JE and RLS; discuss mootness issue with co-counsel and review memo from co-counsel. | 1.20 $225.00/hr | 270.00 |

| | | |
|---|---|---|
| For professional services rendered | 98.50 | $23,330.00 |
| Previous balance | | $187.50 |
| 10/3/2008 Credit | | ($187.50) |
| Total payments and adjustments | | ($187.50) |
| Balance due | | $23,330.00 |

**STAR MESSENGER SERVICES**
2650 SW 27th Ave #300
MIAMI FL 33133-3003

Ph (305) 374-7827  Fx (305) 374-7889

Invoice Number: T01816
Invoice Date: 07/28/07
From Date: 07/21/07
To Date: 07/27/07

ROSEN SWITKES & LEVINSON, P.A.
Attention: LAURA CANO
407  LINCOLN RD    #PH-E
MIAMI BEACH    FL 33139-

Client Code: ROSSWI
Page Number: 0001

| JOB # DATE TIME | CALLER REF CODE POD INFO | PICK-UP FROM | DELIVER TO | BASE CHARGE | SURCHARGES | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| 0009-578 07/23/07 1112a | YVETTE CVS YEN PENZ | ROSEN SWITKES & LEVINSON, P.A. 407 LINCOLN RD MIAMI BEACH FL 33139 | USDC 301 N MIAMI AVE MIAMI FL 33128 | 12.00 RS | 12.00 RT | 7.50 WT | 31.50 |
| | | REF: CVS | SUBTOTAL 31.50 | | | | |
| 0009-537 07/23/07 0600a | YVETTE GREENSTEIN SEE JOB 557 | ROSEN SWITKES & LEVINSON, P.A. 407 LINCOLN RD MIAMI BEACH FL 33139 | DELRAY COURTHOUSE 200 W ATLANTIC AVE DELRAY BEACH FL 33444 | 62.50 RS | 7.50 AS | 15.63 AO | 85.63 |
| 0009-557 07/23/07 0903a | YVETTE GREENSTEIN ANGELA | DELRAY COURTHOUSE 200 W ATLANTIC AVE DELRAY BEACH FL 33444 | WPBCH 205 N DIXIE HWY WEST PALM BEACH FL 33401 | 34.50 RS | | | 34.50 |
| 0009-558 07/23/07 0903a | YVETTE GREENSTEIN ANGELA | WPBCH 205 N DIXIE HWY WEST PALM BEACH FL 33401 | ROSEN SWITKES & LEVINSON, P.A. 407 LINCOLN RD MIAMI BEACH FL 33139 | 86.00 RS | | | 86.00 |
| | | REF: GREENSTEIN | SUBTOTAL 206.13 | | | | |
| 0009-804 07/26/07 0237p | CONNIE GREG HOFFMAN FRONT DOOR | ROSEN SWITKES & LEVINSON, P.A. 407 LINCOLN RD MIAMI BEACH FL 33139 | GREG HOFFMAN-RES 9306 NE 9 AVE MIAMI FL 33138 | 14.00 RS | | | 14.00 |
| | | REF: GREG HOFFMAN | SUBTOTAL 14.00 | | | | |
| 0009-724 07/25/07 0227p | CONNIE KIM PHAN HOSMAN | ROSEN SWITKES & LEVINSON, P.A. 407 LINCOLN RD MIAMI BEACH FL 33139 | METRO JUSTICE CENTER 1351 NW 12 ST MIAMI FL 33125 | 13.00 RS | 13.00 RT | 7.50 WT | 33.50 |
| | | REF: KIM PHAN | SUBTOTAL 33.50 | | | | |

SERVICE CODES

B5 - By 5pm Svc
PS - Priority Svc
RS - Rush Svc
SR - Super Rush Svc
VS - Van Svc

SURCHARGE CODES

A# - After Hours    AS - Addt'l Stops    AP - Attempt Pickup
CW - Court Work     FP - Fax POD         IN - Insurance
LU - Load/Unload    MB - Mail Back       PK - Parking Chg
RT - Round Trip     SB - Special Biker   SV - Special Vehicle
W# - Weekend Chg    WT - Waiting Time    XW - Extra Weight



EXHIBIT B

7/17/2007

U.S.DISTRICT COURT                                                                                       **75.00

Seventy-Five and 00/100*********************************************************************************

U.S.DISTRICT COURT

Motion to appear pro hac vice/ Kellner

U.S.DISTRICT COURT                                                  7/17/2007
                                                                                                          75.00

MELLON BANK - OP    Motion to appear pro hac vice/ Kellner                                                75.00

U.S.DISTRICT COURT                                                  7/17/2007
                                                                                                          75.00

MELLON BANK - OP    Motion to appear pro hac vice/ Kellner                                                75.00

7/17/2007

U.S. DISTRICT COURT                                                                                          **75.00

Seventy-Five and 00/100************************************************************************************

U.S. DISTRICT COURT

Motion to appear pro hac vice/ Yenikomsian

U.S. DISTRICT COURT                                                                 7/17/2007
                                                                                                              75.00

MELLON BANK - OP    Motion to appear pro hac vice/ Yenikomsian                                                75.00

U.S. DISTRICT COURT                                                                 7/17/2007
                                                                                                              75.00

MELLON BANK - OP    Motion to appear pro hac vice/ Yenikomsian                                                75.00

7/17/2007

U.S. DISTRICT COURT **75.00

Seventy-Five and 00/100*********************************************************************************

U.S. DISTRICT COURT

Motion to appear pro hac vice/ Khorrami

U.S. DISTRICT COURT 7/17/2007

75.00

MELLON BANK - OP    Motion to appear pro hac vice/ Khorrami 75.00

U.S. DISTRICT COURT 7/17/2007

75.00

MELLON BANK - OP    Motion to appear pro hac vice/ Khorrami 75.00

7/17/2007

U.S. DISTRICT COURT **75.00

Seventy-Five and 00/100*****************************************************************************************

U.S. DISTRICT COURT

Motion to appear pro hac vice/ Bailey

U.S. DISTRICT COURT 7/17/2007
75.00

MELLON BANK - OP    Motion to appear pro hac vice/ Bailey 75.00

U.S. DISTRICT COURT 7/17/2007
75.00

MELLON BANK - OP    Motion to appear pro hac vice/ Bailey 75.00

**ROSEN & SWITKES**
OPERATING ACCOUNT
407 LINCOLN ROAD, PENTHOUSE S.E.
MIAMI BEACH, FL 33139
PHONE 305-534-4757

MELLON UNITED NA  AL BANK

63-964/670

14520

7/16/07

PAY TO THE ORDER OF U.S. District Court $ 350.00

Three Hundred Fifty and 00/100 — DOLLARS

ROSEN & SWITKES

MEMO  AVS Filing Fee

⑈014520⑈ ⑆067009646⑆ 0101002954⑈

ROSEN & SWITKES - OPERATING ACCOUNT                           14520

ROSEN & SWITKES - OPERATING ACCOUNT                           14520